**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: FORTIETH STATEWIDE : No. 111 WM 2018
INVESTIGATING GRAND JURY :
                                                    :
                                                    :
PETITION OF: D.D. :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of December, 2018, the unopposed Application for *Nunc Pro Tunc* Relief is GRANTED. The Prothonotary is directed to docket the previously-provided Petition for Review and the Answer to the Petition for Review.

In consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

Jurisdiction is relinquished.

The instant order is unsealed.